UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| TIZE W. CLARK, author, and<br>BAU PUBLISHING GROUP,<br>    **Plaintiffs**,<br><br>v.<br><br>JAMES DASHNER,<br>RANDOM HOUSE, LLC,<br>TWENTIETH CENTURY FOX,<br>T.S. NOWLIN,<br>NOAH OPPENHEIM, and<br>GRANT PIERCE MYERS,<br>    **Defendants**. | Civil Action No.<br>**1:14-cv-00965-KG-KK** |

___

**ORDER ON RANDOM HOUSE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT OVER-LENGTH EXHIBITS**
___

Having considered the unopposed motion by Defendants James Dashner and Random House LLC (collectively "the Random House defendants") for leave to submit two over-length exhibits in support of their Rule 12(b)(6) motion to dismiss Plaintiffs' Complaint, it is hereby:

ORDERED that the Random House defendants motion for leave to file two exhibits in excess of the page limitations provided in D.N.M.LR-Civ. 10 is GRANTED, and the Random House defendants shall be permitted to file as **Exhibit 1** to their motion to dismiss the Copyright Office's deposit copy of Plaintiff's Tize Clark's manuscript, which totals 75 pages; and shall be permitted to submit as **Exhibit 2** a physical copy of the book *The Maze Runner*, which totals 375 pages.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form this 20th day of January, 2015:

By  */s Christopher P. Beall*
    Christopher P. Beall (N.M. Bar No. 12,239)

LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 1000
New York, New York, 10036
        Denver Office:
            1888 Sherman Street, Suite 370
            Denver, Colorado 80203
            (303) 376-2400
            Fax – (303) 376-2401

    *Attorneys for Defendants*
    *JAMES DASHNER and RANDOM HOUSE LLC*

By  */s J. Douglas Compton*
    J. Douglas Compton

COMPTON & ASSOCIATES
6605 Uptown Boulevard, Suite 340
Albuquerque, New Mexico  87110
        *Counsel for Plaintiffs Tize W. Clark & Bau Publishing Group*

By  */s Louis P. Petrich*
    Louis B. Petrich

LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
        *Counsel for Defendants Twentieth Century Fox Film Corporation, T.S. Nowlin, Noah*
        *Oppenheim, and Grant Pierce Myers*

By  */s Charles K. Purcell*
    Charles K. Purcell

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
201 3rd Street NW, Suite 2200
Post Office Box 1888
Albuquerque, New Mexico 87103
        *Counsel for Defendants Twentieth Century Fox Film Corporation, T.S. Nowlin, Noah*
        *Oppenheim, and Grant Pierce Myers*