IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIZE W. CLARK, *author*, and
BAU PUBLISHING GROUP,

    Plaintiffs,

vs.                                                                                      Civ. No. 14-00965 KG-KK

JAMES DASHNER, RANDOM
HOUSE LLC, TWENTIETH CENTURY
FOX, T.S. NOWLIN, NOAH OPPENHEIM,
and GRANT PIERCE MYERS,

    Defendants.

## ORDER GRANTING DISMISSAL WITH PREJUDICE FOR CERTAIN DEFENDANTS ON COUNTS I–III

Having granted Defendants' Motion to Dismiss Complaint (DKT. #1) by Defendants Dashner and Random House (Incorporating Authorities) (Doc. 22) and having determined that all of Plaintiffs' claims against Defendant James Dashner and Defendant Random House L.L.C. will be dismissed with prejudice by a Memorandum Opinion and Order entered contemporaneously with this Order Granting Dismissal with Prejudice for Certain Defendants on Counts I–III.

IT IS ORDERED that, Plaintiffs' claims against Defendant James Dashner and Defendant Random House L.L.C. in Count I, Count II, and Count III in the Complaint (Doc. 1), filed October 24, 2014, are dismissed with prejudice, thereby terminating this lawsuit against Defendant James Dashner and Defendant Random House L.L.C.

_____
UNITED STATES DISTRICT JUDGE