IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIZE W. CLARK, *author*, and
BAU PUBLISHING GROUP,

    Plaintiffs,

vs.                                                                                                                   Civ. No. 14-00965 KG-KK

JAMES DASHNER, RANDOM
HOUSE LLC, TWENTIETH CENTURY
FOX, T.S. NOWLIN, NOAH OPPENHEIM,
and GRANT PIERCE MYERS,

    Defendants.

## FINAL ORDER GRANTING DISMISSAL WITH PREJUDICE
## FOR REMAINING DEFENDANTS ON COUNTS I–IV

Having granted Motion to Dismiss by Defendant Twentieth Century Fox Film Corporation (Doc. 24) and having determined that all of Plaintiffs' claims against Defendant Twentieth Century Fox Film will be dismissed with prejudice by a Memorandum Opinion and Order entered contemporaneously with this Order Granting Dismissal with Prejudice for Defendant Twentieth Century Fox Film on Counts I–IV.

IT IS ORDERED that, Plaintiffs' claims against Defendant Twentieth Century Fox Film in Count I, Count II, Count III, and Count IV in the Complaint (Doc. 1), filed October 24, 2014, are dismissed with prejudice, thereby terminating this lawsuit against Defendant Twentieth Century Fox Film.

IT IS FURTHER ORDERED that, based on the Court's dismissal of Plaintiffs' claims in Counts I–IV, all remaining claims against Defendants T.S. Nowlin, Noah Oppenheim, and Grant Pierce Myers—the alleged screenwriters of *The Maze Runner* film—are dismissed with prejudice. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (Court may dismiss a

complaint *sua sponte* with prejudice for failure to state a claim if it is patently obvious that plaintiff could not prevail on facts alleged, and allowing opportunity to amend compliant would be futile.).  Plaintiffs' lawsuit is hereby terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE